JUDGE LYNCH    

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA MARINE CO. LTD. **Plaintiff** | Case No. |
| -v- HANGZHOU JINZHAO INDUSTRY CO. LTD., RICHFULL GROUP (HK) LIMITED **Defendant** | **Rule 7.1 Statement** |

JUN 0 6 2007

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DELTA MARINE CO. LTD. _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

     NONE.

**Date:** JUNE 6, 2007 _____

_____
**Signature of Attorney**
Patrick C. Crilley
**Attorney Bar Code:** PC 9057

233 Broadway - Suite 2202
New York, NY 10279
(212) 619-1919

Form Rule7_1.pdf