Robert S. Portegello
Attorney for Defendant Hangzhou
Law Office of Robert S. Portegello, P.C.
108 Main Street
Staten Island, NY 10307
SDNY Bar #: RSP8770
Telephone: (718) 984-6684

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DELTA MARINE CO. LTD.,

                      Plaintiff,

-against-

HANGZHOU JINZHAO INDUSTRY CO. LTD.,
RICHFULL GROUP (HK) LIMITED,

                      Defendants.
-------------------------------------------------------------x

ECF CASE

JUDGE LYNCH

07 Civ 4824 (GEL)

NOTICE OF MOTION TO
DISMISS FOR IMPROPER
VENUE, FORUM NON
CONVENIENS, AND TO
WITHDRAW, VACATE AND
QUACH WRIT OF
ATTACHMENTS

      PLEASE TAKE NOTICE, that the undersigned will bring the attached motion for hearing before the court at room _____ United States Court House, City of New York, on the ____ day of _____, 2007 at ____ o'clock in the A.M. of that day or as soon thereafter as counsel can be heard.

Dated: September 25, 2007
City, State: Staten Island, New York

                                         Respectfully submitted,

                                         Robert S. Portegello
                                         SDNY Bar: RSP8770
                                         Law Office of Robert S. Portegello, P.C.
                                         108 Main Street
                                         Staten Island, New York  10307
                                         Phone Number: (718) 984-6684
                                         Fax Number: (718) 984-6688