Robert S. Portegello
Attorney for Defendant Hangzhou
Law Office of Robert S. Portegello, P.C.
108 Main Street
SDNY Bar #: RSP8770
Telephone: (718) 984-6684

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DELTA MARINE CO. LTD.                                    ECF CASE

               Plaintiff,                             JUDGE LYNCH

     -against-                                         07 Civ 4824 (GEL)

HANGZHOU JINZHAO INDUSTRY CO.
LTD., RICHFULL GROUP (HK) LIMITED,                       REQUEST FOR
                                                         JUDICIAL NOTICE

               Defendants.
-------------------------------------------------------------x

In conjunction with the instant motion to dismiss for improper venue and forum non conveniens, the moving party respectfully asks the court to take notice of the existence of the Royal Courts of Justice of Great Britain which includes the High Court and the decision in Allen v. Lloyds of London, 94 F.3d 923 (4th Cir. 1996)

DATED: September 25, 2007
City, State: Staten Island, New York

                                                   Respectfully submitted,

                                                   Robert S. Portegello
                                                   SDNY Bar: RSP8770
                                                   Law Office of Robert S. Portegello, P.C.
                                                   108 Main Street
                                                   Staten Island, New York  10307
                                                   Phone Number: (718) 984-6684
                                                   Fax Number: (718) 984-6688