Robert S. Portegello
Attorney for Defendant Hangzhou
Law Office of Robert S. Portegello, P.C.
108 Main Street
Staten Island, NY 10307
Robert S. Portegello(8770)
Telephone: (718) 984-6684

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DELTA MARINE CO. LTD.                    ECF CASE

          Plaintiff,                JUDGE LYNCH

    -against-                              07 Civ 4824 (GEL)

HANGZHOU JINZHAO INDUSTRY CO.
LTD., RICHFULL GROUP (HK) LIMITED,
-------------------------------------------------------------x

      TO THE CLERK OF THE COURT AND TO ALL PARTIES AND ATTORNEY'S OF RECORD

      Defendant HANGZHOU JINZHAO INDUSTRY, CO. LTD hereby withdraws its Motion to Dismiss on grounds of Forum Non Conveniens etc, in its entirety and requests the court not consider the same.

Dated: October 10, 2007
City, State: Staten Island, New York

                                Respectfully submitted,

                                Robert S. Portegello
                                SDNY Bar: 8770
                                Law Office of Robert S. Portegello, P.C.
                                108 Main Street
                                Staten Island, New York 10307
                                Phone Number: (718) 984-6684
                                Fax Number: (718) 984-6688