UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
DELTA MARINE CO. LTD
      Plaintiff,

  -against -            <u>07 cv 4824(GEL)</u>

                MOTION TO ADMIT COUNSEL
HANGZHOU JINZHAO INDUSTRY CO.  PRO HAC VICE

LTD., RICHFULL GROUP (HK) LIMITED
      Defendant.

PURSUANT TO RULE 1.3(C) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Robert Portegello a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

  Applicant's Name:  James T. Stroud
  Firm Name:    Stroud & Do A Professional Law Corporation
  Address:     14541 Hamlin Street
  City/State/Zip:   Van Nuys, CA 91411
  Phone Number:  (818) 994-0347
  Fax Number:   (818) 994-0319

James T. Stroud    is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against  James T. Stroud

in any State or Federal court.

Dated: September 16, 2007
City, State: Staten Island, New York

  Respectfully submitted,

  Sponsor: Robert S. Portegello
SDNY Bar #: RSP8770
Firm Name: Law Office of Robert S. Portegello, P.C.
Address: 108 Main Street
City/State/Zip: Staten Island, New York 10307
Phone Number: (718) 984-6684
Fax Number: (718) 984-6688



UNITED STATES DISTRICT

**SOUTHERN DISTRICT OF NEW YORK**

DELTA MARINE CO. LTD
                    Plaintiff,

      - against -                                        <u>07 cv 4824</u> (GEL)

HANGZHOU JINZHAO INDUSTRY CO.
LTD., RICHFULL GROUP (HK) LIMITED
                Defendant.                          AFFIDAVIT OF
                                                           ROBERT S. PORTEGELLO
                                                           IN SUPPORT OF MOTION

State of New York     )                                   TO ADMIT COUNSEL
                        )     ss:                          PRO HAC VICE
County of New York   )

Robert S. Portegello, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Defendant HANGZHOU in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit **James T. Stroud** as counsel pro hac vice to represent Defendant HANGZHOU JINZHAO in this matter.

2. I am a member in good standing of the bar of the **State of New York**, and was admitted to practice law. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known **James T. Stroud since 2004**

4. I have found **James T. Stroud** to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of **James T. Stroud,** pro hac vice.

6. I respectfully submit s proposed order granting the admission of **James T. Stroud,** pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit **James T. Stroud,** pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: September 16, 2007                            Respectfully submitted,
City, State: Staten Island, New York
Notarized:

                                                      Robert S. Portegello

Subscribed and sworn before me on this ___16___ day    SDNY Bar: 8770
of September, 2007, by Robert S. Portegello, personally   Firm Name: Law Office of Robert S. Portegello, P.C.
known to me or proved to me on the basis of satisfactory   Address: 108 Main Street
evidence to be the person who appeared before me        City/State/Zip: Staten Island, New York 10307
                                                                  Phone Number: (718) 984-6684
Signature _____                       Fax Number: (718) 984-6688

PATRICIA HOLTERMANN
Notary Public, State of New York
No. 4830379
Qualified in Richmond County
Commission Expires 11/30/20__

# THE STATE BAR OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

October 31, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES TRUMAN STROUD, #069449 was admitted to the practice of law in this state by the Supreme Court of California on June 25, 1976; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

State of California County of
San Francisco
Subscribed and sworn to (or affirmed)
Before me on this 31st day of October, 2007, by
Kath Lambert
personally Known to me ~~or proved to me on the basis of satisfactory evidence~~ to be the person(s) who ~~appeared before~~ me.
Signature
(Seal)

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Christopher Michael Johns
COMM. #1762837
NOTARY PUBLIC • CALIFORNIA
San Francisco County
Commission Expires August 21, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELTA MARINE CO. LTD
                                        Plaintiff,

           -against -                                           07 cv 4824 (GEL)

HANGZHOU JINZHAO INDUSTRY CO.
LTD., RICHFULL GROUP (HK) LIMITED
                                        Defendant.              **ORDER FOR ADMISSION**
                                                                **PRO HAC VICE**
                                                                **ON ORAL MOTION**

Upon the oral motion of _____Robert S. Portegello_____attorney for

HANGZHOU JINZHAO INDUSTRY CO.LTD._____and said sponsor attorney's affidavit

declaration that applicant _____James T. Stroud_____ is a member in good standing of

and that applicant's contact information is as follows (please print):

|  |  |
|---|---|
| Applicant's Name: | James T. Stroud |
| Firm Name: | James T. Stroud |
| Address: | 14541 Hamlin Street |
| City /State/Zip: | Van Nuys, CA 91411 |
| Telephone/Fax: | (818) 994-0347/ (818) 994-0319 |
| Email Address: | help@strouddolaw.com |

Said applicant having requested admission pro hac vice to appear for all purposes as counsel for
HANGZHOU JINZHAO INDUSTRY CO.LTD. in the above entitled action;

**IT IS HEREBY ORDERED** that _____James T. Stroud_____, is admitted to
practice pro hac vice as counsel for in the above captioned case in the United States Court for the Southern
District of New York. All attorneys appearing before this Court are subject to the Local Rules of this
Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic
Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov.
Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated:            _____
City, State:      _____

                                        _____
                                        United States District/ Magistrate Judge

FOR OFFICE USE ONLY:    FEE PAID $         SDNY RECEIPT #

**PROOF OF SERVICE**

STATE OF NEW YORK, COUNTY OF RICHMOND

    I am employed in the County of Richmond, State of New York. I am over the age of 18 years and not a party to the within entitled action; my business address is 108 Main Street, Staten Island, New York 10307.

    On  11/5/07  I served on the interested parties in this action the document described as:

**Motion to Admit Counsel Pro Hac Vice; Affidavit of Robert S. Portegello in Support of Motion to Admit counsel Pro Hac Vice; [Proposed] Orders to Admission**

__ By placing the true copy thereof enclosed in sealed envelope addressed as stated on the attached mailing list.

X  By placing the _ original X true copy thereof enclosed in an envelope addressed as follows:

**Richard A. Zimmerman**
**233 Broadway, Suite 2202**
**New York, NY  10279**

X  (BY MAIL) I caused such envelope to be deposited in the mail Staten Island, New York. The envelope was mailed with postage thereof fully prepaid.

__ (BY FACSIMILE) I caused the above-referenced document to be transmitted to the following addressee at the following telecopy number:

__ (BY PERSONAL SERVICE) I delivered said document by hand to

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this declaration.

Executed on   11/5/07    at Staten Island, New York.

__ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                    ROBERT S. PORTEGELLO
                                          Declarant

Sworn to before me this
5th day of November, 2007

_Patricia Holtermann_
NOTARY PUBLIC

PATRICIA HOLTERMANN
Notary Public, State of New York
No. 4830379
Qualified in Richmond County
Commission Expires 11/30/20__