UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELTA MARINE CO. LTD
                         Plaintiff,

-against-

HANGZHOU JINZHAO INDUSTRY CO.
LTD., RICHFULL GROUP (HK) LIMITED
                         Defendant.

07 cv 4824 (GEL)

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

Upon the oral motion of _____Robert S. Portegello_____ attorney for

HANGZHOU JINZHAO INDUSTRY CO.LTD. and said sponsor attorney's affidavit

declaration that applicant _____James T. Stroud_____ is a member in good standing of

and that applicant's contact information is as follows (please print):

    Applicant's Name:    James T. Stroud
    Firm Name:    James T. Stroud
    Address:    14541 Hamlin Street
    City /State/Zip:    Van Nuys, CA 91411
    Telephone/Fax:    (818) 994-0347/ (818) 994-0319
    Email Address:    help@strouddolaw.com

Said applicant having requested admission pro hac vice to appear for all purposes as counsel for HANGZHOU JINZHAO INDUSTRY CO.LTD. in the above entitled action;

**IT IS HEREBY ORDERED** that _____James T. Stroud_____, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: _____November 20, 2007_____
City, State: _____New York, NY_____

                                                     United States District/ Magistrate Judge

FOR OFFICE USE ONLY:    FEE PAID $    SDNY RECEIPT #