UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DELTA MARINE CO., LTD.,

                Plaintiff,

  -against-

HANGZHOU JINZHAO INDUSTRY CO., LTD.
and RICHFULL GROUP (HK) LIMITED,

                Defendants.
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

07 Civ. 4824 (GEL)

ORDER

GERARD E. LYNCH, District Judge:

    It is hereby ORDERED that:

1.    The conference scheduled for December 21, 2007, is adjourned *sine die*.

2.    On the last business day of the months of March, June, September, and December of each year, beginning March 31, 2008, and until further order from this Court, the parties shall submit to the Court a report on the current status of the foreign proceedings.

SO ORDERED:

Dated: New York, New York
       December 18, 2007

                                                                           GERARD E. LYNCH
                                                                     United States District Judge