AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number:  07 cv 4824 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant HANGZHOU JINZHAO INDUSTRY CO., LTD

I certify that I am admitted to practice in this court.

| 12/21/2007 | |
|---|---|
| Date | Signature |

| JAMES T. STROUD | 69449 |
|---|---|
| Print Name | Bar Number |

14541 HAMLIN STREET
Address

| VAN NUYS | CA | 91411 |
|---|---|---|
| City | State | Zip Code |

| (818) 994-0347 | (818) 994-0319 |
|---|---|
| Phone Number | Fax Number |