RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Defendant and Cross-Complainant HANGZHOU JINZHAO INDUSTRY, CO., LTD. states:

1. There is no parent corporation of said party.

2. There is no publicly held corporation that owns 10% or more of the stock of said party.

DATED: December 21, 2007

s/_____
JAMES T. STROUD # 69449
Attorney for Hangzhou, Defendant
and Cross-Complainant
Pro Hac Vice
14541 Hamlin Street
Van Nuys, California 91411-1608
(818) 994-0347