Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
Patrick C. Crilley (PC 9057)
(212) 962 -1818

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DELTA MARINE CO. LTD.

                     Plaintiff,

              -against-

HANGZHOU JINZHAO INDUSTRY CO.
LTD., RICHFULL GROUP (HK) LIMITED,

                     Defendants.
-------------------------------------------------------x

**ECF CASE**

**07 Civ. 4824 (GEL)**

**DECLARATION**
**OF SERVICE**

      Patrick C. Crilley, an attorney duly admitted to practice before the courts of the State of New York and before this honorable Court hereby declares under the penalty of perjury:

      1.    I am not a party to the action.

      2.    That on February 7, 2008, I served upon the Defendant/Counter-Claimant, HANGZHOU JINZHAO INDUSTRY CO.LTD. ("Hangzhou") the following annexed papers in the above captioned matter:

- Plaintiff/Counter-Defendant Delta Marine Co. Ltd.'s REPLY TO THE COUNTERCLAIM of Hangzhou.

by depositing true copies thereof enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within New York State addressed to the attorneys appearing in the action on behalf of the Defendants, at the addresses set forth below:

1) James T. Stroud, Esq.
   STROUD & DO, plc
   14541 Hamlin Street
   Van Nuys, California 91411-1608

   and to:

2) Robert S. Portegello, Esq.
   108 Main Street
   Staten Island, NY 10307

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Dated: New York, New York
        February 7, 2008

                              Patrick C. Crilley (PC 9057)
                              Attorney at Law
                              233 Broadway, Suite 848
                              New York, New York 10279
                              (212) 619 1919