UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
DELTA MARINE CO., LTD.,                              :
:
                Plaintiff,              :
:       07 Civ. 4824 (GEL)
  -against-                                          :
:       **ORDER**
HANGZHOU JINZHAO INDUSTRY CO., LTD.   :
and RICHFULL GROUP (HK) LIMITED,             :
:
                Defendants.            :
:
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

GERARD E. LYNCH, District Judge:

       The Court is advised that defendant Hangzhou Jinzhao Industry Co. Ltd.'s motion to dismiss (Doc. # 6) appears as an open motion on certain internal reports. Defendant withdrew this motion on October 15, 2007. (Doc. # 10.) Accordingly, the Clerk of the Court is respectfully directed to close the motion (Doc. #6) for all internal statistical purposes.

SO ORDERED.

Dated: New York, New York
       March 6, 2008

                                                      _____
                                                        GERARD E. LYNCH
                                                        United States District Judge