Kevin K. Tung, Esq.
Kevin Kerveng Tung, P.C.
Attorneys for Defendant
Hangzhou Jinzhao Industry Co. LTD.
33-70 Prince Street, Suite CA-30
Flushing, NY 11354

UNITED STATES DISTRICT COURT
 SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DELTA MARINE CO. LTD.

                        Plaintiff,

                                                    CASE NO. 07-CV-4824 (GEL)

        -against-

HANGZHOU JINZHAO INDUSTRY          **ENTRY OF APPEARANCE**
CO., LTD., RICHFULL GROUP (HK)
LIMITED,

                        Defendants.
-------------------------------------------------------x

        NOW COMES Kevin K. Tung of KEVIN KERVENG TUNG, P.C., and hereby enters his appearance in the above-captioned cause on behalf of Defendant HANGZHOU JINZHAO INDUSTRY CO., LTD.

        The undersigned certifies that he is admitted to practice before this Court.

Dated: April 14th, 2008
        Queens, New York

                                    KEVIN KERVENG TUNG, P.C.
                                    Attorneys for Defendant
                                    Hangzhou Jinzhao Industry Co., Ltd.

                                    By:  s/ Kevin K. Tung_____
                                        Kevin K. Tung (KT 1478)
                                        Kevin Kerveng Tung, P.C.
                                        33-70 Prince Street, CA-30
                                        Flushing, New York 11354
                                        (718) 939-4633

To:    Richard A. Zimmerman, Esq.
       Attorney for Plaintiff
       233 Broadway, Suite 2202
       New York, NY 10279

1

# CERTIFICATE OF SERVICE

       I hereby certify that on this 14th day of April, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system. Further, I hereby certify that on the aforesaid date, a hard copy of the Notice of Appearance has been mailed by first-class mail to the following:

> Richard A. Zimmerman, Esq.
> Attorney for Plaintiff
> 233 Broadway, Suite 2202
> New York, NY 10279
> (212) 962 1818

Dated this 14th day of April, 2008

> KEVIN KERVENG TUNG, P.C.
> *Attorneys for Defendant*
> *Hangzhou Jinzhao Industry Co., Ltd.*
>
> By:  s/ Kevin K. Tung_____
>     Kevin K. Tung (KT 1478)
>     Kevin Kerveng Tung, P.C.
>     33-70 Prince Street, CA-30
>     Flushing, New York 11354
>     (718) 939-4633