UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

DELTA MARINE CO. LTD.

Plaintiff,

-against-

HANGZHOU JINZHAO INDUSTRY CO., LTD., RICHFULL GROUP (HK) LIMITED,

Defendants.

---------------------------------------------------x

CASE NO. 07-CV-4824 (GEL)

**CONSENT TO CHANGE ATTORNY**

It is hereby consented that the attorney of record for the Defendant, HANGZHOU JINZHAO INDUSTRY CO., LTD., be changed, and that Kevin Kerveng Tung, P.C., 33-70 Prince Street, Suite CA-30, Flushing, NY 11354 be substituted as attorneys for the Defendant, HANGZHOU JINZHAO INDUSTRY CO., LTD., in this action in the place and instead of Robert S. Portegello, Esq. This document may be signed in counterparts or with facsimile signatures and such signatures shall be deemed originals for all purposes.

Dated: April 29, 2008
Queens, New York

HANGZHOU JINZHAO
INDUSTRY CO., LTD.

Retiring Attorneys for Defendant
Robert S. Portegello, Esq.

By: Robert S. Portegello, Esq.
108 Main Street
Staten Island, NY 10307
Tel: (718) 984 5684
Fax: (718) 984 6688

New Attorneys for Defendant
KEVIN KERVENG TUNG, P.C.

By: Kevin K. Tung, Esq.
33-70 Prince Street, Suite CA-~~30~~ 25
Flushing, NY 11354
Tel: (718) 939 4633
Fax: (718) 939 4468