UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DELTA MARINE CO., LTD.,

                Plaintiff,

   -against-

HANGZHOU JINZHAO INDUSTRY CO., LTD.
and RICHFULL GROUP (HK) LIMITED,

                Defendants.

------------------------------------------------------------x



07 Civ. 4824 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      On June 6, 2007, this Court entered an Order directing the Clerk of the Court to issue a Process of Maritime Attachment and Garnishment on various financial institutions in the amount of $406,839.72 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. As of July 1, 2008, no funds have been seized. Since there appears to be little likelihood that any actual property of the defendants is or will be found in the district, there is no further rationale for maintaining the case on the Court's docket. Accordingly, it is hereby ORDERED that the Court's June 6, 2007, Order of attachment will be vacated and the complaint dismissed if plaintiff does not show good cause by July 21, 2008, why the attachment should be maintained.

SO ORDERED:

Dated: New York, New York
       July 1, 2008

                                        _____
                                        GERARD E. LYNCH
                                        United States District Judge