UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DELTA MARINE CO., LTD.,

                    Plaintiff,

   -against-

HANGZHOU JINZHAO INDUSTRY CO., LTD.
and RICHFULL GROUP (HK) LIMITED,

                Defendants.

------------------------------------------------------------x

07 Civ. 4824 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      On July 1, 2008, this Court entered an order directing that its June 6, 2007, Order of attachment be vacated and the complaint dismissed if plaintiff does not show good cause why the attachment should be maintained. Plaintiff having now advised the Court that $249,964.00 in funds have been seized and that the underlying claims in this case are continuing to proceed in London in the normal course, it is hereby ORDERED that (1) the complaint will not be dismissed, and (2) the Court's Order of December 18, 2007, which adjourned the initial pre-trial conference *sine die* and directed the parties to submit quarterly reports on the progress of the foreign proceedings, will remain in effect.

SO ORDERED:

Dated: New York, New York
       July 21, 2008

                                     GERARD E. LYNCH
                           United States District Judge